1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENNIE THOMPKINS, M.D.,

11          Plaintiff,                    No. CIV S-08-2951 GEB DAD PS

12      vs.

13   MEDICAL BOARD OF CALIFORNIA,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          By order filed November 23, 2009, the undersigned denied plaintiff's motion to

17   file his complaint under seal, denied plaintiff's in forma pauperis application, directed plaintiff to

18   pay the filing fee, and dismissed plaintiff's complaint with leave to amend.  In response, plaintiff

19   has requested dismissal of this action pursuant to Rule 41 without prejudice and without costs.

20   Plaintiff has also moved to seal all documents in the case.

21          A plaintiff may voluntarily dismiss an action by filing a notice of dismissal before

22   the opposing party serves an answer or a motion for summary judgment.  Fed. R. Civ. P.

23   41(a)(1)(A)(i).  Such a notice effects dismissal of the action without prejudice unless the notice

24   of dismissal states otherwise or the plaintiff previously dismissed an action that included the

25   same claim.  Here, no opposing party has appeared, and the court is not aware of a previous

26   dismissal of an action alleging the same claim.  Plaintiff's request for dismissal will be granted.

1

1     In support of his motion to seal "all documents pertaining to this case," plaintiff

2  argues that "[t]he papers in this case are peppered with information from the medical records of

3  third parties" and asserts that "[d]isclosure of the contents would compromise these persons

4  rights to privacy with respect to their medical records."  In denying plaintiff's initial motion to

5  seal his complaint, the undersigned noted plaintiff's failure to cite any legal authority for sealing

6  and informed plaintiff of the requirement that any request to seal "shall set forth the statutory or

7  other authority for sealing."  Local Rule 141(b) (previously numbered 39-141(b)).  Despite that

8  information, plaintiff's renewed and expanded motion to seal cites no stautory or other authority

9  for sealing all documents in this action.

10     Plaintiff's vague allusion to a right to privacy in medical records does not provide

11  legal authority for a sealing order.  There is a strong presumption that the public has a common

12  law right of access to judicial proceedings.  See Nixon v. Warner Communications, Inc., 435

13  U.S. 589, 598-99 (1978); Does I Through XXIII v. Advanced Textile Corp., 214 F.3d 1058,

14  1067-68 (9th Cir. 2000); EEOC v. Erection Co., Inc., 900 F.2d 168, 169-70 (1990).  To

15  overcome the presumption, a party who seeks a sealing order must cite applicable statutes or

16  other authority, such as decisional law.  Here, even if plaintiff were to cite statutes or court cases

17  establishing or recognizing a right of privacy in medical records, such authorities would be

18  unavailing in this instance because it does not appear that any document filed in this action

19  contains information from medical records.  The information alleged in plaintiff's complaint is

20  derived from testimony given in judicial and administrative proceedings.  In addition, plaintiff

21  alleges that the third parties were informants rather than real patients and that each presented

22  herself to plaintiff for medical examination based on fabricated conditions.  For these reasons,

23  plaintiff's renewed motion to seal will be denied.

24     IT IS ORDERED that:

25     1.  Plaintiff's December 7, 2009 motion to seal all documents (Doc. No. 6) is

26  denied; and

1        2.  Plaintiff's December 7, 2009 request to dismiss (Doc. No. 6) is granted

2  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and this action is dismissed in its

3  entirety without prejudice and without costs.

4  DATED: December 14, 2009.

5

6                     _Dale A. Drozd_

7                  DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

8  DAD:kw
    Ddad1\orders.prose\thompkins2951.voldism

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26